IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JIMMY SHANE CANTRELL                                             PLAINTIFF
ADC # 98730

v.                    CASE NO.: 5:06CV00009 WRW/BD

JIMMY VIA                                                        DEFENDANT

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Defendant's Amended Motion for Summary Judgment (#32) is GRANTED and Plaintiff's case is dismissed with prejudice, Defendant's Motion for Summary Judgment (#24) is DENIED as moot, and Plaintiff's Motion for Copies (#43) is denied as moot.

IT IS SO ORDERED, this 9th day of April, 2007.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE