IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JIMMY SHANE CANTRELL                                                                PLAINTIFF
ADC # 98730

v.                          CASE NO.: 5:06CV00009 WRW/BD

JIMMY VIA                                                                             DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ORDERED, this 9th day of April, 2007.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE